STATE OF NEW JERSEY v. ROBERT COMBARIATI.

September 18, 1984.

Petition for certification denied. (See 192 *N.J.Super.* 131)

ANNA HAZEN v. DIVISION OF MEDICAL ASSISTANCE AND
HEALTH SERVICES, DEPARTMENT OF HUMAN SERVICES,
STATE OF NEW JERSEY.

September 18, 1984.

Petition for certification granted.

STATE OF NEW JERSEY v. PAUL PERSHING CRAMER.

September 18, 1984.

Leave to appeal is granted, limited to the issue of whether defendant's statement at the November 3, 1982 arraignment is admissible, and the matter is summarily remanded to the Appellate Division for its determination of whether defendant's statement is admissible in light of *United States v. Ceccolini,* 435 *U.S.* 268, 98 *S.Ct.* 1054, 55 *L.Ed.*2d 268 (1978), and whether defendant's statement at the arraignment is admissible in light of *State v. Wright,* 97 *N.J.* 113 (1984), and *Oregon v. Bradshaw,* 462 *U.S.* 1039, 103 *S.Ct.* 2830, 77 *L.Ed.*2d 405 (1983).

Jurisdiction is not retained.